UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEODORO SEVERIANO ALCARAZ,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL MARTEL,<br><br>Defendant. | No. 2:19-cv-0030 JAM DB P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 7, 2020, the magistrate judge issued findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within thirty days. (ECF No. 11). Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued April 7, 2020 (ECF No. 11), are ADOPTED in full, and

2. This action is DISMISSED for failure to exhaust administrative remedies as required by 42 U.S.C. § 1997e(a).

DATED: June 1, 2020

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE